**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7734**

―――――――――

JAMI' A. KHALIQ,

                                    Plaintiff - Appellant,

        versus

D. PATRICK, Officer, Jasper Lock-up Unit;
ELLIS GREENE, Nurse, A.C.I. Medical Unit,

                                    Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-95-3261-2-17AJ)

―――――――――

Submitted:  September 25, 1997      Decided:  October 20, 1997

―――――――――

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jami' A. Khaliq, Appellant Pro Se.  Norma Anne Turner Jett, EARLY
& NESS, Bamberg, South Carolina; William Henry Davidson, II,
James Miller Davis, Jr., ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A.,
Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation dismissing Appellant's claim of deliberate indifference to a serious medical need, see Estelle v. Gamble, 429 U.S. 97 (1976), and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Khaliq v. Patrick, No. CA-95-3261-2-17AJ (D.S.C. Oct. 25, 1996; July 3, 1996). We also conclude that the district court did not err in entering judgment adverse to Appellant on his claim of excessive use of force. See Graham v. Connor, 490 U.S. 386 (1989). Appellant failed to create a genuine issue of material fact regarding any more than de minimis injury resulting from the alleged use of force on the part of the prison guard. See Norman v. Taylor, 25 F.3d 1259, 1263 (4th Cir. 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED